UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA           :

                    :

        -v-              :           24-CR-341 (JMF)

                    :

MARK LISSER,             :           <u>SCHEDULING ORDER</u>

                    :

          Defendant.     :

                    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that the parties shall appear for sentencing in this matter on **July 30, 2026,** at **2:30 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: May 4, 2026
      New York, New York                   _____
                                         JESSE M. FURMAN
                                    United States District Judge