# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2026

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #9.

SO ORDERED.

May 7, 2026

Re:     **United States v. Mark Alan Lisser**
        **24 Cr. 341 (JMF)**

Dear Judge Furman,

I write to respectfully request a temporary modification of Mr. Lisser's bail conditions, to allow him to travel on May 18 - 22, 2026 on a cruise from the Port of Palm Beach to the Bahamas and back.  No passport is required for this trip.

The United States Probation Office by Officer Robert Stehle, and the Government by Assistant United States Attorney Matt Shahabian, have no objection to this request.[1]  (Mr. Lisser was granted a similar request in August 2025 by Judge Berman and traveled without incident.)

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

---

[1] Mr. Lisser has a case in the Eastern District that predated his Southern District case; we are making this same application to the Honorable Judge Azrack in E.D.N.Y.