# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 16, 2026

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to October 20, 2026, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #11.

SO ORDERED.

June 16, 2026

Re:   **United States v. Mark Alan Lisser**
      **24 Cr. 341 (JMF)**

Dear Judge Furman,

I write to respectfully request that the Court adjourn Mr. Lisser's sentencing, which is currently scheduled for July 30, for approximately 75 days, to a date in the middle of October. The government, by Assistant United States Attorney Allison Nichols, consents to this application. Probation Officer Ashley Geiser, who is preparing Mr. Lisser's Presentence Report, also consents.

Undersigned counsel will be out of town at a conference during the currently-scheduled date. In addition, we need some additional time to prepare the pre-sentencing submissions in this case and coordinate with the EDNY regarding Mr. Lisser's case there. I conferred with the government regarding an appropriate date to request for the instant adjournment, and given the travel and trial dates of the attorneys for both sides, the middle of October was the best time for the parties.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

cc:   A.U.S.A. Allison Nichols
      A.U.S.A. Matt Shahabian
      U.S.P.O. Ashley Geiser