Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2026

**By ECF and Email**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Mark Alan Lisser**
**24 Cr. 341 (JMF)**

Dear Judge Furman,

I write to respectfully request that the Court permit the defense sentencing submission to be filed simultaneously with the Government's sentencing submission on October 13, 2026, in advance of Mr. Lisser's sentencing date of October 20, 2026.

In consulting Your Honor's Individual Rules for sentencing, [redacted] I apologize for this oversight and not seeking clarity earlier. I need the additional week to complete my written advocacy for Mr. Lisser and effectively represent him at sentencing.

I have spoken with the Government by Assistant United States Attorney Allison Nichols, who consents to this application.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

The Government shall file its sentencing submission by October 13, 2026, and Defendant shall file his by October 15, 2026. The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

October 6, 2026